UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
TENNESSEE AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:15-cr-14-CLC-SKL |
| ) | |
| JESSIE DEWAYNE COKER ) | |

# **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the eight-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 48]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 48] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;
(2) Defendant's plea of guilty to Count One of the Indictment is A**CCEPTED**;
(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;
(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and
(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **June 22, 2016, at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**